IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **FLORENTINO RIOS** | § | |
| *Plaintiff* | § § § | |
| VS. | § § § | |
| **SPACE EXPLORATION TECHNOLOGIES CORP.** | § § § | |
| *Defendant.* | § | CIVIL ACTION NO. 1:23-cv-88 |
| | § § § § § § § § | |

**DEFENDANT, SPACE EXPLORATION TECHNOLOGIES CORP.'S
NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Space Exploration Technologies Corp. ("Defendant"), and files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and would respectfully show the Court as follows:

### I. BACKGROUND

1. This is a personal-injury case. Plaintiff Florentino Rios ("Plaintiff") claims he was injured during a crane operation at Defendant Space Exploration Technologies Corp.'s jobsite in Brownsville, Texas. *See* Pl's Orig. Pet.

93750566.1

2. On May 16, 2023, Plaintiff Florentino Rios filed his Rule 202 Verified Petition to Take Deposition on Written Questions Before Suit in the 107th Judicial District Court of Cameron County, Texas. *See* Pl's Orig. Pet.

3. Defendant Space Exploration Technology Corp. ("Defendant") was served notice of this 202 Verified Petition on May 19, 2023. Defendant Space Exploration Technology Corp. filed motion to abate/answer on June 9, 2023.

4. A cause of action based on the same accident and involving Florentino Rios and Space Exploration Technologies Corp. is pending in United States District Court for the Southern District of Texas, Brownsville Division; Civil Action No. 1:23-cv-00075; Florentino Rios v. Space Exploration Technologies Corp., et al. *See* Pl's Orig. Complaint. Because the amount in controversy exceeds $75,000.00, there is complete diversity between the parties, and this matter is already pending in United States District Court, Defendant Space Exploration Technologies Corp. exercise their right to remove this case to federal court under diversity jurisdiction.

## II. THE PARTIES

5. Plaintiff is a resident/citizen of the State of Texas. *See id.* ¶ 1.

6. Defendant Space Exploration Technology Corp. is a Delaware Corporation with its principle place of business in California.

## III. JURISDICTION

7. Removal of the State Court Action to this Court is proper under 28 U.S.C. §§ 1332 and 1441(a) and (b) because: (1) the amount in controversy exceeds $75,000.00, exclusive of interests and costs, and (2) there is complete diversity between the Plaintiff and Defendant in this case.

**A. Diversity of Citizenship**

### i. Amount in Controversy

8. Plaintiff states in his Original Complaint filed in United States District Court that Federal Court has jurisdiction over this matter based upon complete diversity of citizenship under 28 U.S.C. § 1332. Plaintiff is a citizen of Texas and Defendant is a foreign corporation with its primary place of business in California and the amount in controversy exceeds $75,000.000, exclusive of interest and costs. *See* Pl's Orig. Complaint ¶ 6.

9. The amount in controversy exceeds the threshold set by 28 U.S.C. § 1332(a).

### ii. Complete Diversity of Citizenship

10. As noted above, there is complete diversity of citizenship between the Parties. Specifically:

- Plaintiff is a citizen of Texas;
- Defendant Space Exploration Technology Corp. is Delaware Corporation with its principle place of business in California.

11. Therefore, there is complete diversity between the Plaintiff and the Defendant under 28 U.S.C. § 1332(a).

## B. Consent of All Defendants

12. Defendant Space Exploration Technology Corp. exercises its right to remove this case to federal court and therefore, consent to the removal.

## C. Venue and Timing

13. Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a) because this district and division embraces the 107th Judicial District Court of Cameron County, Texas, the forum in which the removed action was pending.

14. This Notice of Removal is being filed within 30 days of the Original Petition being served on the Defendant and within one year of the commencement of this action. It is therefore timely.

### IV. ATTACHED DOCUMENTS AND NOTICE TO STATE COURT

15. All documents required under the removal statute are attached. All documents required under this Court's local rules are also being included.

16. Pursuant to 28 U.S.C. § 1446(a) a copy of all process, pleadings, and orders served upon Defendant in the State Court Action are incorporated herein under Exhibit B.

17. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal and its attachments and will give written notice to Plaintiff, through his attorney of record, and to the clerk of the 107th Judicial District Court of Cameron County, Texas where the action has been pending.

### V. EXHIBIT INDEX

**Exhibit A:** Index of Matters Being Filed;

**Exhibit B:** Documentation pertaining to service of process and Court filings in this case, including (1) Plaintiff's Rule 202 Verified Petition to Take Deposition on Written Questions Before Suit; (2) Executed Service of Process of Space Exploration Technologies Corp.; (3) Defendant's Motion to Abate; or in the Alternative, Original Answer and Denial; (4) Plaintiff's Original Complaint pending in Southern District; (5) Defendant's Original Answer in the pending Southern District matter.

**Exhibit C:** List of all Counsel of Record; and

**Exhibit D:** Civil Case Summary Sheet from State Court Action;

### VI. CONCLUSION

18.	Removal of this action under 28 U.S.C. § 1441(a) is proper as the district courts of the United States have original jurisdiction over the matter pursuant to 28 U.S.C. § 1332, and as all requirements for removal under 28 U.S.C. § 1446 have been met.

## VII. Prayer

WHEREFORE, Defendant Space Exploration Technology Corp. respectfully pray that the state court action be removed and placed on this Court's docket for further proceedings as though it had originated in this Court and that this Court issue all necessary orders. Defendant Space Exploration Technology Corp. further requests any additional relief to which they may be justly entitled.

DATE: June 12, 2023

Respectfully Submitted

**Lewis Brisbois Bisgaard & Smith, LLP**

/s/ David A. Oubre
David A. Oubre
Texas Bar No. 00784704
Zach Carrabine
Texas Bar No. 24116169
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767—Telephone
(713) 759-6830—Facsimile
Email:David.Oubre@lewisbrisbois.com
Email:Zach.Carrabine@lewisbrisbois.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all interested parties on the 12th day of June, 2023, via e-filing addressed to:

Richard A. Hinojosa  
State Bar No. 24068885  
Charles M. Stam  
State Bar No. 24106462  
Hinojosa Law PLLC  
3904 Brandt Street  
Houston, Texas 77006  
Telephone: 713.884.1663  
Fax: 713.422.2493  
Email: richardhinoiosa@hinojosalaw.com  
Email: cstam@hinojosalaw.com  
Email: e-service@hinojosalaw.com  

                                                    /s/ David A. Oubre  
                                                    DAVID A. OUBRE