**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **FLORENTINO RIOS** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.** 1:23-cv-88 |
| | § | |
| **SPACE EXPLORATION** | § | |
| **TECHNOLOGIES CORP.** | § | |
| | § | |
| *Defendant.* | § | |

**INDEX OF MATTERS BEING FILED**

1. Notice of Removal

2. Civil Cover Sheet

3. **Exhibit A**:   Index of Matters Being Filed.

4. **Exhibit B:**   Documentation pertaining to service of process and Court filings in this case, including (1) Plaintiff's Rule 202 Verified Petition to Take Deposition on Written Questions Before Suit; (2) Executed Service of Process of Space Exploration Technologies Corp.; (3) Defendant's Motion to Abate; or in the Alternative, Original Answer and Denial; (4) Plaintiff's Original Complaint pending in Southern District; (5) Defendant's Original Answer in the pending Southern District matter.

5. **Exhibit C**:   List of All Counsel of Record.

6. **Exhibit D**:    Civil Case Summary Sheet from State Court Action.

4867-0171-2206.1