# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| **FLORENTINO RIOS** | § |
| *Plaintiff* | § § § |
| VS. | § §   CIVIL ACTION NO. 1:23-cv-88 |
| **SPACE EXPLORATION TECHNOLOGIES CORP.** | § § § § |
| *Defendant.* | § § |

## LIST OF ALL COUNSEL OF RECORD

Richard A. Hinojosa
Federal Bar No. 1143270
Charles M. Stam
Federal Bar No. 3438775
Hinojosa Law PLLC
3904 Brandt Street
Houston, Texas 77006
Telephone: 713.884.1663
Fax: 713.422.2493
Email: richardhinojosa@hinojosalaw.com
Email: cstam@hinojosalaw.com
Email: e-service@hinojosalaw.com
**ATTORNEYS FOR PLAINTIFF**


David A. Oubre
Texas Bar No. 00784704
Zach Carrabine
Texas Bar No. 24116169
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767—Telephone
(713) 759-6830—Facsimile
Email:David.Oubre@lewisbrisbois.com
Email:Zach.Carrabine@lewisbrisbois.com
**ATTORNEYS FOR DEFENDANT**

4881-6034-6958.1