# Case Information

2023-DCL-02473 | In Re Florentino Rios

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| 2023-DCL-02473 | 107th District Court | Euresti, Benjamin, Jr. |
| File Date | Case Type | Case Status |
| 05/16/2023 | Other Injury or Damage | Pending |

# Party

**Plaintiff**
Rios, Florentino

Active Attorneys ▼
Attorney
Stam, Charles M.
Retained

Lead Attorney
Hinojosa, Richard A.
Retained

**Defendant**
Space Exploration Technologies Corp. ("SpaceX")

Active Attorneys ▼
Lead Attorney
OUBRE, DAVID A.
Retained

Attorney
Carrabine, Zach
Retained

# Events and Hearings

05/16/2023 Original Petition (OCA) ▾

Comment
Rule 202 Verified Petition to Take Deposition on Written Questions Before Suit

05/16/2023 Efiled Original Petition Document ▾

Comment
Rule 202 Verified Petition to Take Deposition on Written Questions Before Suit

05/16/2023 Exhibits ▾

Comment
Exhibit A

05/18/2023 Citation Issued ▾

Comment
Emailed citation to ahodges@hinojosalaw.com.

05/18/2023 Citation ▾

Served
05/19/2023

Anticipated Server
Other

Anticipated Method
In Person

Actual Server
Other

Returned
05/22/2023

05/22/2023 Service Return ▾

Comment
Citation Served

05/23/2023 Verification ▾

Comment
Verification of Charles M. Stam

05/25/2023 Order Setting Hearing ▾

Judicial Officer
Euresti, Benjamin, Jr.

Comment
Order Setting Hearing

EXHIBIT D

### 06/05/2023 Notice

Process Server's proof of service for Order Setting Hearing

| Comment |
|---|
| Process Server's proof of service for Order Setting Hearing |

### 06/09/2023 Motion

Defendant's Motion to Abate; or, in the Alternative, Original Answer and Denial

| Comment |
|---|
| Defendant's Motion to Abate; or, in the Alternative, Original Answer and Denial |

### 06/09/2023 Order Setting Hearing

Order Setting Hearing*

| Judicial Officer | Comment |
|---|---|
| Euresti, Benjamin, Jr. | Order Setting Hearing |

### 06/09/2023 Exhibits

SpaceX - Exhibit

| Comment |
|---|
| Space X-Exhibits |

### 06/13/2023 Motion Set

**Judicial Officer**
Euresti, Benjamin, Jr.

**Hearing Time**
8:30 AM

**Comment**
take depo before suit

### 06/13/2023 Motion Set

**Judicial Officer**
Euresti, Benjamin, Jr.

**Hearing Time**
8:30 AM

**Comment**
Deft's Mtn to Abate