United States District Court
Southern District of Texas
**ENTERED**
June 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FLORENTINO RIOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-088 |
| | § | |
| SPACE EXPLORATION TECHNOLOGIES CORP., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On June 12, 2023, Defendant Space Exploration Technologies Corp. removed Plaintiff Florentino Rios's Rule 202 Verified Petition to Take Deposition on Written Questions Before Suit (Doc. 1-3). The matter is related to Case No. 1:23-CV-075. To facilitate the Court's consideration of this matter, it is:

**ORDERED** that a Status Conference is scheduled for June 22, 2023, at 1:30 p.m.; and

**ORDERED** that the parties may attend the June 22 Status Conference by videoconference.

Signed on June 15, 2023.

_____
Fernando Rodriguez, Jr.
United States District Judge