UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FLORENTINO RIOS, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:23-CV-088 |
| SPACE EXPLORATION TECHNOLOGIES CORP., | § § § § | |
| Defendant. | § | |

## **ORDER**

On June 22, 2023, the Court held a status conference on this matter and related Case No. 1:23-CV-075. At the status conference, the Court dismissed related Case No. 1:23-CV-075, and the parties represented to the Court that they would file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) in this matter. Accordingly, it is:

**ORDERED** that the parties shall submit appropriate dismissal documents by no later than July 28, 2023.

Signed on July 13, 2023.

_____
Fernando Rodriguez, Jr.
United States District Judge