# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FLORENTINO RIOS<br>*Plaintiff,*<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP, JOHN DOE COMPANY, AND JOHN DOE<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:23-cv-00088 |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE FERNANDO RODRIGUEZ JR., UNITED STATES DISTRICT JUDGE

Plaintiff Florentino Rios and Defendant Space Exploration Technologies Corp jointly stipulate to dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: August 7, 2023            Respectfully submitted,

**HINOJOSA LAW, PLLC**

By: */s/ Charles M. Stam*
Richard A. Hinojosa
Federal Bar No. 1143270
Charles M. Stam
Federal Bar No. 3438775
3904 Brandt Street
Houston TX 77006
Tel:  (713) 884-1663
Fax: (713) 422-2493
Email: richardhinojosa@hinojosalaw.com
Email: cstam@hinojosalaw.com
Email: e-service@hinojosalaw.com

**ATTORNEYS FOR PLAINTIFFS**

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

By: */s/ David A. Oubre*
David A. Oubre
Attorney-In-Charge
Texas Bar No. 00784704
david.oubre@lewisbrisbois.com
(713) 659-6767
(713) 759-6830 (Fax)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 7th day of August, 2023, a true and correct copy of the above and foregoing has been served by electronic transmission on all counsel of record.

*/s/ Charles M. Stam*
Charles M. Stam