United States District Court
Southern District of Texas
**ENTERED**
August 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FLORENTINO RIOS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:23-CV-088 |
| § | |
| SPACE EXPLORATION TECHNOLOGIES § | |
| CORP., § | |
| § | |
| Defendant. § | |

## NOTICE OF DISMISSAL

On August 7, 2023, Plaintiff Florentino Rios and Defendant Space Exploration Technologies Corp. filed a Joint Stipulation of Dismissal (Doc. 4) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The filing dismisses Plaintiff Florentino Rios's claims without court order.

Except as agreed upon by the parties, each party will bear its own attorney's fees and costs.

The Clerk of Court is directed to close this matter.

Signed on August 7, 2023.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge